**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Paul T. Zurita v. The State of Texas

Appellate case number:    01-17-00274-CR and 01-17-00275-CR

Trial court case number:  CR-14-0693 and CR-16-0646

Trial court:              22nd District Court of Hays County

On August 8, 2017, we abated these appeals for the trial court to determine whether appellant wishes to prosecute this appeal, whether appellant's counsel had abandoned the appeal, and whether appellant is entitled to have the reporter's record filed without cost. The trial court held a hearing on September 8, 2017, in which it found that appellant wishes to pursue the appeal and appellant's counsel intends to represent him in the appeals. The trial court granted appellant's request for the reporter's record to be provided without cost and the record has now been filed.

Accordingly, the cases are REINSTATED on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure. **Appellants' brief is due to be filed within 30 days of the date of this order.** *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                             Acting individually

Date: October 19, 2017